

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2015

No. 04-14-00857-CR

Andrew **MENDOZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CR-3452A
Honorable Lorina I. Rummel, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is DISMISSED.

It is so **ORDERED** on February 4, 2015.

_____
Rebecca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2015.

_____
Keith E. Hottle, Clerk